IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**EBENEZER ALAMIE-OMU NONJU,**

    **Plaintiff,**

v.                          Case No. 4:23-cv-201-AW-MAF

**EREKS ONOCHIE, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

The pro se plaintiff initiated this case in May and filed an amended complaint in July. After identifying several deficiencies, the magistrate judge directed him to file a second amended complaint. Plaintiff has not complied, so the magistrate judge recommends dismissal for failure to comply with a court order.

Plaintiff resists, explaining that he needs more time to consult with an attorney. I have considered the objections de novo, but I agree with the magistrate judge that dismissal is appropriate. The dismissal will be without prejudice, so if plaintiff secures counsel or otherwise wishes to advance his claim, he may file a new lawsuit.

The report and recommendation (ECF No. 14) is adopted and incorporated into this order to the extent consistent with the conclusion to dismiss solely based on failure to comply with court orders. The clerk will enter a judgment that says,

1

"Plaintiff's claims are dismissed without prejudice for failure to comply with court orders." The clerk will then close the file.

    SO ORDERED on October 10, 2023.

                                          s/ *Allen Winsor*
                                          United States District Judge